## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GALEN ALDRICH, JR.

Defendant.

**8:18CR194**

**ORDER**

      This matter is before the court on the defendant's Unopposed Motion to Continue Trial [44]. Counsel seeks additional time for the parties to resolve this matter short of trial. For good cause shown,

      **IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [44] is granted as follows:

      1.  The jury trial, now set for June 4, 2019, is continued to **August 6, 2019**.

      2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 6, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      Dated this 17th day of May 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge