IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GALEN ALDRICH, <br><br> Defendant. | 8:18CR194 |

ORDER FOR DISMISSAL

IT IS ORDERED the Motion to Dismiss the Petition for Offender Under Supervision, Filing No. 116, is granted.  The Petition for Offender Under Supervision, Filing No. 105, is dismissed without prejudice.

DATED this 22nd day of February 2023.

JOSEPH F. BATAILLON
Senior United States District Judge